IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No.  01-41496
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DIEGO CANTU,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-01-CR-21-2
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    The court-appointed counsel for Diego Cantu has moved for

leave to withdraw and has filed a brief as required by Anders v.

California, 386 U.S. 738 (1967).  Cantu has filed a response

wherein he challenges the determination that he was on probation

at the time he committed the instant offense.  Our independent

review of the brief and the record discloses no nonfrivolous

issue in this direct appeal.  Accordingly, the motion for leave

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.